**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1619**

RICHARD HAKA,

                    Plaintiff - Appellant,

         v.

MECKLENBURG COUNTY,

                    Defendant - Appellee.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.   Frank D. Whitney,
District Judge.   (3:12-cv-00100-FDW-DSC)

Submitted:  June 21, 2012          Decided:  June 25, 2012

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Richard Haka, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Haka appeals the district court's order dismissing without prejudice his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Haka v. Mecklenburg Cnty., No. 3:12-cv-00100-FDW-DSC (W.D.N.C. May 1, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2